UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 15 Case |
| Fairfield Sentry Limited, *et al*., | : | |
| | : | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | : | |
| | : | Jointly Administered |

------------------------------------------------------------------X

| | | |
|---|---|---|
| Fairfield Sentry Limited, (In Official Liquidation), acting by and through the Foreign Representatives thereof, | : | Adv. Proc. No. 10-03744 (BRL) |
| Plaintiff, | : | |
| -against- | : | |
| Deutsche Bank Trust Company America and Beneficial Owners of the Accounts Held in the Name of Deutsche Bank Trust Company America 1-1000, | : | |
| Defendants. | : | |

------------------------------------------------------------------X

## **CORPORATE OWNERSHIP STATEMENT**

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Deutsche Bank Trust Company Americas, through its attorneys, Moses & Singer LLP, states that it is a wholly-owned subsidiary of Deutsche Bank Trust Corporation, which in turn is a wholly-owned subsidiary of Taunus Corporation, which in turn is a wholly-owned subsidiary of Deutsche Bank AG, which is a publicly held corporation. No corporation owns 10% or more of the stock of Deutsche Bank AG.

Defendant's filing of this Corporate Ownership Statement is without prejudice to or waiver of any rights or defenses, including, without limitation, defenses based upon lack of personal jurisdiction and improper service of process. Defendant does not submit to the jurisdiction of any court, and expressly reserves all of its rights and defenses in respect of personal jurisdiction and service of process.

838010

Dated: New York, New York
October 6, 2010

Respectfully submitted,

MOSES & SINGER LLP


By  /s/ Alan Kolod
       Alan Kolod
       Mark N. Parry
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800
akolod@mosessinger.com
mparry@mosessinger.com
Attorneys for Defendant Deutsche Bank Trust
Company America